IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH EDGAR DUNKIN,

    Plaintiff,

v.                                                  CASE NO.: 4:09cv4-SPM/AK

LT. PEREZ, et al.,

    Defendants.

_____/

**<u>ORDER</u>**

This cause comes before the Court on the magistrate judge's report and recommendation (doc. 57) dated June 25, 2009. Plaintiff has been furnished a copy and he has filed several documents (docs. 59, 60-64) concerning his requested relief, his transfer, and problems with receiving documents. Plaintiff does not, however, contest the transfer of this case. Pursuant to Tile 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted. Accordingly, it is

    ORDERED AND ADJUDGED:

    1.    The magistrate judge's report and recommendation (doc. 57) is adopted and incorporated by reference in this order.

    2.    This case is transferred to the United States District Court for the

Middle District of Florida, Ocala Division, for all further proceedings.

DONE AND ORDERED this 23rd day of July, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge